IN THE UNITED STATES DISTRICT COURT FOR THE RECEIVED

NORTHERN DISTRICT OF ALABAMA

2014 JUL -8  A 11: 54

DEBRA P HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |  |
|---|---|---|
| SEE ATTACHMENT A thru F | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| | ) | |
| V. | ) | CIVIAL ACTION NO. 2:14-cv-661-WKW |
| | ) | |
| | ) | |
| GOVERNOR,ROBERT BENTLY | ) | |
| COMMISSIONER,KIM THOMAS | ) | |
| WARDEN,BATINA CARTER | ) | |
| DEFENDENTS, | ) | |

CLASS ACTION COMPLAINT FOR DECLATORY AND INJUNCTIVE

RELIEF CHALLENGING OVERCROWDING , THE FRAUDULENT  WHITE SUPREMACIST 1901 ALABAMA

CONSTITUTION AND THE CONVICT LEASING SYSTEM A.K.A WORK RELEASE

WE, HEREBY, DECLARE, AFFIRM, AND SAY THAT WE PRESERVE ALL OUR RIGHTS; BEING
'NATURAL PERSONS', SECURED BY NATURAL LAW, THE CONSTITUTION FOR THE UNITED
STATES REPUBLIC; ALL RELATIVE TREATIES(CONSTITUTIONS); AND SECURED BY THE LAWS
OF NATIONS(INTERNATIONAL).

ALL OTHER RELATIVE RIGHTS ARE RESERVED, INCLUDING, BUT NOT LIMITED TO:

A. DIVINE LAW.

B. THE UNIVERSAL DECLARATION OF HUMAN RIGHTS.

C. THE DECLARATION OF RIGHTS OF THE CHILD.

D. THE INTERNATIONAL CONVENTION ON CIVIL AND POLITICAL RIGHTS(I.C.C.P.R.).

E. THE CONVENTION ON THE ELIMINATION OF ALL FORMS OF RACIAL DISCRIMINATION
(C.E.R.D.).

F. ALL OTHER RELEVANT TREATIES CONCERNED WITH THE PROTECTIONS AND PROMOTIONS
OF HUMAN RIGHTS TO WHICH THE UNITED STATES REPUBLIC IS NOW A PARTY, OR MAY
BECOME A PARTY IN THE FUTURE, UPON THE STRENGTH OF JUSTICE AND UPON THE OATHS,
AFFIRMATIONS AND OBLIGATIONS TO WHICH ALL GOVERNMENT OFFICIALS ARE DUTY BOUND,
INCLUDING THEIR DUTY TO ENFORCE THE BINDING,'UNITED STATES EXECUTIVE ORDER

13107'.

CONSTITUTIONS, (BEING THE SUPREME LAW) ARE IN PLACE TO PROTECT THE NATURAL
PEOPLE AND CITIZENS FROM CORRUPT AND ' COLORABLE 'POLITICIANS, PERSONS, ENTITIES,
AGENCIES, PERSONAL, AND EMPLOYEES, WHO SEIZE THE OPPORTUNITY TO MISUSE THE POWER
VESTED IN THE OFFICES OR SEATS OF GOVERNMENT.

WE, BEING NATURAL PEOPLE PRESENT THIS CIVIL ACTION FOR DECLARATORY AND
INJUNCTIVE RELIEF, TO REDRESS THE CONTINUED DEPRIVATION OF RIGHTS SECURED BY THE
FIRST, FIFTH, SIXTH, EIGHTH, AND FOURTEENTH AMENDMENTS TO THE UNITED STATES
CONSTITUTION AND TITLE 42 U.S.C. §1983. THEREFORE, JURISDICTION IS CONFERRED ON
THIS COURT BY 28 U.S.C. §1343 AND §2201.

WE, BEING NATURAL PEOPLE AFFIRM THAT WE ARE IMPRISONED AT THE ALABAMA DEPT.
OF CORRECTIONS FACILITY DECATUR WORK CENTER 1401 HIGHWAY 20 WEST DECATUR, AL
35601.

THE DEFENDANT ROBERT BENTLEY IS THE GOVERNOR OF THE STATE OF ALABAMA. HE IS
CHIEF EXECUTIVE OFFICER OF THE STATE OF ALABAMA DEPARTMENT OF CORRECTIONS. HE IS
SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY.

THE DEFENDANT KIM THOMAS IS THE COMMISSIONER OF CORRECTIONS OF THE STATE OF
ALABAMA. HE WAS APPOINTED BY THE GOVERNOR, AND IS THE CHIEF ADMINISTRATIVE
OFFICER OF THE ALABAMA DEPARTMENT OF CORRECTIONS (HEREINAFTER " A.D.O.C.")
WHICH MAINTAINS AND ADMINISTER, AND HAS UNDER HIS CONTROL ALL A.D.O.C. INSTITU-
TIONS AND THEIR PRISONERS, HE IS SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY.

THE DEFENDANT BATINNA CARTER IS WARDEN OF DECATUR WORK CENTER AND IS RESPO-
NSIBLE FOR THE ADMINISTRATION OF THE DECATUR WORK CENTER AND THE CUSTODY OF
PRISONERS INCARCERATED THEREIN. SHE IS SUED INDIVIDAULLY AND IN HER OFFICIAL
CAPACITY.

PLAINTIFF NATURAL PERSONS BRING THIS ACTION ON THEIR BEHALF AND ON BEHALF OF
ALL OTHER SIMILARLY SITUATED NATURAL PERSONS WHO ARE COMMITTED TO THE A.D.O.C.
AND INCARCERATED ANY WHERE BY THE STATE OF ALABAMA.

EACH OF THE ABOVE GROUPS OF PLAINTIFFS NATURAL PERSONS AND THOSE SIMILARLY
SITUATED CONSTITUTE A CLASS IN ACCORDANCE WITH PROVISIONS OF RULE 23(a) AND (b)
OF THE FEDERAL RULES OF CIVIL PROCEDURE. THE NATURAL PERSONS WHO CONSTITUTE
EACH CLASS ARE SO NUMEROUS THAT JOINDER OF ALL MEMBERS IS IMPRACTICAL. THERE
ARE QUESTIONS OF LAW AND / OR FACT IN COMMON TO EACH CLASS; THE CLAIMS OF THE
PLAINTIFFS ARE TYPICAL OF THE CLAIMS OF EACH CLASS; PLAINTIFFS WILL FAIRLY AND
ADEQUATELY PROTECT INTEREST OF EACH ENTIRE CLASS; PROSECUTION OF SEPARATE
ACTIONS BY INDIVIDUAL MEMBERS OF EACH CLASS WOULD CREATE A RISK OF INCONSISTENT
OR VARYING ADJUDICATIONS AND WOULD ESTABLISH INCOMPATIBLE STANDARDS FOR DEFEND-
ANTS, THEIR AGENTS AND SUBORDINATES; AND DEFENDANTS HAVE ACTED AND REFUSED TO

2.

ACT ON GROUNDS THAT ARE GENERALLY APPLICABLE TO ALL MEMBERS OF EACH CLASS,
MAKING DECLARATORY AND INJUNCTIVE RELIEF WITH REPEAT TO EACH CLASS AS A WHOLE
APPROPRIATE.

## COUNT I.

WE BEING NATURAL PERSONS INCARCERATED AT DECATURE WORK CENTER; 1401 HIGHWAY
20 WEST  DECATUR, AL. 35601, AFFIRMS THAT IT IS SO OVER CROWDED HERE THAT THE
A.D.O.C. HAS TAKEN (4) INDIVIDUAL BUNK BEADS AND BOLTED THEM ALL TO EACH OTHER
TO CREATE MORE BED SPACE. PLAINTIFFS BEING NATURAL PERSONS ARE BEING DEPRIVED
OF SUCH BASIC HUMAN NECESSITIES AS NUTRITIOUS AND APPETIZING MEALS, ADEQUATE
SHOWERS, TOILETS, CLEAN CLOTHING, BEDDING, ADEQUATE LAUNDRY DETERGENT AND INTE-
RFERRING WITH INDIGENT PLAINTIFF NATURAL PERSONS RIGHTS OF ACCESS TO THE COURTS.

1. PLAINTIFFS NATURAL PERSONS HAVE BEEN, FORCED WITHOUT EXCEPTION TO SLEEP
IN FOUR (4) MEN BEDS AT DECATUR WORK CENTER, WHICH WE AFFIRM BY OUR PRESENT
CONDITION WHICH IS MASSIVELY OVERCROWDED, ORIGINALLY DESINGED TO HOLD FEWER THAN
THE NUMBER OF MEN NOW KEPT INSIDE IT.

2. BECAUSE OF THE OVERCROWDING, PLAINTIFF PRISONER ARE FORCED IN GROUP OF
FOUR (4) TO SLEEP IN THE SAME BED IN WHICH WAS DESINGED FOR ONLY ONE PERSON.

3. IN A.D.O.C., THE SQUARE FEET OF LIVING SPACE PER PRISONER IS WAY BELOW
THE THREE (3) TO SIX (6) SQUARE FEET SET FOR FACILITY BY THE A.D.O.C. AND FAR
BELOW THE SEVENTY (70) SQUARE FEET RECOMMENDED BY THE AMERICAN CORRECTIONAL
ASSOCIATION.

4. THE OPPRESSION RESULTING FROM SUCH OVER CROWDING, AND OTHER CONDITIONS
OF CONFINEMENT SUCH AS INOPERABLE PLUMBING, THE PRESENCE OF RATS, LEACHES,
ROACHES, VERMIN, THE PRESENCE OF MOLD IN THE SHOWERS AND STENCH RESULTING FROM
INADEQUATE SEWAGE DRAINAGE , THESE ARE ALL CRUCIAL TO HEALTH AND SAFTY WELL
BEING OF EACH AND EVERY NATURAL PERSON HERE AT THIS FACILITY AND OTHERS SIMILARLY
SITUATED DUE TO THE THE DANGEROUSLY OVERCROWDING CONDITIONS OF A.D.O.C.

5. HUMAN BEINGS CANNOT REMAIN IN SUCH CIRCUMSTANCES WITHOUT BEING HARMED.
MANY PLAINTIFF NATURAL PERSONS HAVE ALREADY BEGAN TO EXPERIENCE DRUG ABUSE,
MENTAL ANGUISH, ANXIETY AND DEPRESSION IN ADDITION TO HEALTH ISSUES SUCH AS THE
SPREAD OF TUBERCULOSIS, HEPATITIS A/B/C, COLDS, H.I.V., A.I.D.S.,etc. AS A
RESULT OF THIS DANGEROUS LEVEL OF OVERCROWDING.

6. THE ABOVE INTOLERABLE CONDITIONS AT DECATER WORK CENTER DURING THIS
OVERCROWDING ARE KNOWN BY THE DEFENDANTS WHO, DESPITE THIS KNOWLEDGE, HAVE INT-
ENTIONALLY AND WILLFULLY FAILED, AND CONTINUED TO FAIL TO ALLEVIATE SUCH CONDI-

TIONS, IN VIOLATION OF THE EIGHT AMENDMENT RIGHTS OF PLAINTIFFS TO BE FREE FROM
CRUEL AND UNUSUAL PUNISHMENT.

WHEREFORE, FOR ALL THE ABOVE AND FORGOING COUNTS, PLANTIFFS NATURAL PERSONS
PRAY:

A. THAT THIS COURT DECLARE THAT ANY FURTHER CONTINUATION OF " OVERCROWDING "
IS VIOLATIVE OF PLAINTIFFS' FIRST, FIFTH, SIXTH, EIGHT, AND FOURTEENTH AMENDMENT
RIGHTS;

B. THAT THIS COURT ISSUE A PRELIMINARY AND PERMANENT INJUNCTION, ENJOINING
DEFENDANTS, THEIR AGENTS, EMPLOYEES, AND SUCCESSORS:

1. FROM CONTINUING TO FORCE PERSONS TO SLEEP IN THESE FOUR (4) MEN BEDS HEAD TO
HEAD AND SHOULDER TO SHOULDER.

2. FROM CONTINUING TO DEPRIVE PLAINTIFF NATURAL PERSONS OF SUCH NECESSITIES AS
NUTRITIOUS AND APPETIZING MEALS, ADEQUITE SHOWERS, CLEAN CLOTHES AND BEDDING,
ADEQUATE MEDICAL AND DENTAL CARE, SUFFICIENT SKIN SOAP AND LAUNDRY DETERGENT.

3. FROM CONTINUING TO DENY INDIGENT PLAINTIFFS NATURAL PERSONS THE RIGHT TO ADEQ-
UATELY ACCESS TO THE COURTS, AND TO WORSHIP.

C. THAT PLAINTIFFS BE AWARDED COST AND ATTORNEY FEES FOR THIS ACTION.

D. FOR SUCH OTHER AND FURTHER RELIEF AS THIS COURT DEEMS JUST AND NECESSARY.


## COUNT  II.


WE, THE NATRUAL PEOPLE OF AFRICAN DESCENT AND POOR WHITES ALIKE HEREBY,
AFFIRM THAT THIS FORGOING CLAIM AS ON ADEQUATE POINT IN LAW TO INFORM AND TO
GIVE PUBLIC NOTICE TO ALL COMERS - PRIVATE AND PUBLIC INCLUDING ALL ELECTED AND
NON-ELECTED PUBLIC OFFICIALS. etc. WE THE NATURAL PEOPLE OF AFRICAN DESCENT AND
POOR WHITES ALIKE (HEREINAFTER NATURAL PEOPLE) AFFIRM THAT SINCE PRESIDENT
LINCOLN'S EMANCIPATION PROCLAMATION OF JANUARY, 1863; ABOLITION OF SLAVERY, IT
IS CLAIMED THAT SLAVERY WAS DESTROYED IN THE STATE OF ALABAMA BY FORCE OF ARMS,
AROUND MAY 28, 1865 WE CELEBRATE IT AS MAY DAY; AND PRIOR TO THAT TIME, WEATHER
ALABAMA WAS IN OR OUT OF THE UNION, THE EMANCIPATION PROCLIMATION ISSUED BY THE
PRESIDENT OF THE UNITED STATES IN 1863, BUT REAL FREEDOM FOR NATURAL PEOPLE TRULY
NEVER CAME AFTER 1863 IN THE STATE OF ALABAMA AND WILL REQUIRE SO MUCH MORE THAN
THAT ONE EDICT, THE PROCLIMATION IS VERY OVER APPRECIATED AND MIS-UNDERSTOOD. WE
THE NATURAL PEOPLE WERE ALL TOUGHT IN SCHOOL THAT THE EMANCIPATION PROCLIMITION
FREED NATURAL PEOPLE, BUT IT DID NOT FREE US IN ALABAMAS' LAW; IT DID NOT FREE
MOST OF US, IN FACT; AND EVENTUALLY, WITH THE COLLAPSE OF THE RECONSTRUCTION IN
1870, IT DIDN'T LEAVE MANY OF US MATERIALLY NO BETTER OFF THAN WE ARE NOW. BECAUSE

THE EMANCIPATION PROCLIMATION DID NOT APPLY TO AREAS OF THE SOUTH THAT IS STILL
IN REBELLION TO THIS VERY DAY BECAUSE THE STATE OF ALABAMA HAS NEVER SUCCEEDED.
THE EMANCIPATION PROCLIMATION WAS A WAR TIME ORDER DESIGNED AND WORDED BY PRES-
IDENT LINCOLN THE COMMANDER IN CHIEF TO ACHIEVE A LIMITED MILITARY AIM, WEAKEN
THE CONFEDERACY, NOT TO END THE ENSLAVEMENT OF NATURAL PEOPLE IN AMERICA OR TO
MAKE NATURAL PEOPLE CITIZENS. IN FACT MOST NATURAL PEOPLE WERE IN PARTS OF THE
CONFEDERACY THAT WAS AND IS STILL IN REBELLION, AT THAT TIME THERE WAS NO WAY TO
IMMEDIATELY ENFORCE PRESIDENT LINCOLN'S ORDER. IN 1870, WHEN CONGRESS AND TWO-
THIRDS OF THE STATES HAD RATIFIED THE FOURTEENTH AMENDMENT AND FIFTHTEENTH AMEN-
DMENTS GUARANTEEING EQUAL PROTECTION TO ALL CITIZENS AND ENFRANCHISING ALL ADULT
NATURAL PERSONS, FEDERALLY ENFORCING NATURAL PERSONS EQUALITY. THE ABOLITIONIST
ONLY DISAGREED AMONG THEMSELVES ONLY ON THE QUESTION OF WHETHER TO EXTEND VOTING
RIGHTS TO WEMON OF BOTH RACES. BY THE 1800s, WHITE COUNTER INSURGENTS HAD OVER-
TURNED THE RECONSTRUCTION GOVERNMENTS THROUGHOUT THE SOUTH. DISENFRANCHISEMENT,
TERRORISM, SHARECROPPING, JIM CROWISUM. BLACK CODES, SLAVE CODES AND SEGREGATEION,
INFLICTED UPON NATURAL PERSONS IN THE NAME OF WHITE SUPREMACY, CHARACTERIZED THE
NEW ORDER OF THINGS IN THE STATE OF ALABAMA, WHICH BRINGS US TO THE 1901 ALABAMA
CONSTITUTIONAL CONVENTION THAT PRODUCED THE MOST DESPICABLE RACIAL DOCUMENT WHICH
NOW GOVERNS THE STATE OF ALABAMA. WE THE NATURAL PERSONS OF THE REPUBLIC OF ALAB-
AMA AFFIRM THAT THE 1901 CONSTITUTION IS AN ILLEGITIMATE VOID DOCUMENT ACCORDING
TO THE LAW OF THE LAND BECAUSE IT HAS BEEN ONLY MADE POSSIBLE BY FRAUD, BALLOT
THEFT, ECONOMIC AND PHYSICAL INTIMIDATION BY THE WHITE SUPREMACIST GROUP THE (KLU
KLUX KLAN), AND UNMITIGATED CORRUPTION ALL AIMED AT THE LEAST POWERFUL AND MOST
VULNERABLE NATURAL PERSONS OF THE STATE OF ALABAMA. IN FACT 45% OF THE STATE OF
ALABAMA'S WAS OF NATURAL PERSONS, ALABAMA'S 1901 CONSTITUTION WAS CRAFTED SOLELY
BY WHITE SUPREMACIST MANY WHO WERE FORMER CONFEDERATE SOLDIERS. NO NATURAL PERSON
WAS ELECTED TO THE 1901 ALABAMA CONSTITUTIONAL CONVENTION OR ALLOWED TO ATTEND THE
CONVENTION BECAUSE NATURAL PERSONS HAD BEEN EXCLUDED, DISENFRANCHISED FROM ALL
ELECTED OFFICES IN THE STATE OF ALABAMA. DR. WILLAM STEWART NOTED THAT THE THEMES
THAT WAS PRESENTED THREW OUT ALABAMA'S VARIOUS CONSTITUTIONS, PARTICULARLY  THE
CONSTITUTIONS OF 1868, 1875, AND 1901, RACE IS THE ONE THEME THAT WOULD BE MOST
PERILOUS ANYONE TO UNDER EMPHASIZE. AS SUCH WAS PARTICULARLY THE CASE WITH ALABAMAS
 1901 DISENFANCHISING CONSTITUTION THIS BASIC DOCUMENT IS STILL IN EFFECT THIS
VERY DATE. WE THE NATURAL PEOPLE OF THE REPUBLIC OF ALABAMA AFFIRM THAT THE 1901
CONSTITUTIONAL CONVENTION WAS THE LEAST DEMOCRATIC OF ALL OF ALABAMA'S CONSTITUTIONAL
CONVENTIONS BECAUSE NINETY-SIX (96) OF THE ONE-HUNDRED AND FIFTY (150) DELEGATES
WERE LAWYERS, AND FOR THAT REASON, THE 1901 ALABAMA CONSTITUTIONAL CONVENTION HAS
BEEN REFERRED TO AS THE LAWYERS CONVENTION. TO THE EVER LASTING SHAME TO THE PRO-

FESSION, THE ATTORNEYS WHO DR. McMILLIANS DESCRIBED WERE SOME OF THE MOST
ABLEISUM LAWYERS IN THE STATE OF ALABAMA AT THAT TIME WHOM WERE INSTURMENTAL IN
CRAFTING THE DESPICABLE PROVISIONS THAT DISINFRANCHISED NATURAL PERSONS OF OUR
HUMAM AND CIVIL RIGHTS AND ENSURED WHITE SUPREMACY BY LAW IN THE STATE OF ALA-
BAMA TO THIS VERY DATE. WE THE NATURAL PERSONS FURTHER AFFIRM THAT THE PRESUA-
SIVE RACIAL ATTITUDE THAT DROVE THE 1901 ALABAMA CONSTITUTIONAL CONVENTION AND
ALL THE PEOPLE WHO WROTE IT, THE ENTIRE CONTEXT IN THE RUN UP TO THAT CONSTIT-
UTIONAL CONVENTION WE AFFIRM WAS ALL ABOUT RACE. THE UNITED STATES SUPREME COURT
RECOGNIZED IN A UNAMIOUS OPINION BY JUSTICE REHNQUIST THAT THE " ZEAL FOR WHITE
SUPREMACY RAN RAMPANT AT THE 1901 ALABAMA CONSTITUTIONAL CONVENTION ". THE SHARED
CONVICTIONS OF THE NECESSITY TO ENSURE WHITE SUPREMACY IN THE STATE OF ALABAMA'S
FUNDAMENTAL LAWS IS PREHAPS BEST ILLUSTRATED BY SOME OF THE ACTUAL TRANSCRIBED
WORD THAT WAS ACTUALLY SPOKEN AT THE 1901 ALABAMA CONSTITUTIONAL CONVENTION BY
SOME OF THE DELEGATES IN WHICH WILL DEMONSTRATE THE ANIMUS TOWARDS NATURAL
PERSONS. IN THE OPENING REMARKS BY JOHN B. KNOX OF ANNISTON ALABAMA, PRESIDENT OF
THE 1901 ALABAMA CONSTITUTIONAL CONVENTION WHO STATED:
     " IN MY JUDGMENT THE PEOPLE OF ALABAMA HAVE BEEN CALLED UPON TO FACE NO MORE
IMPORTANT SITUATION THAN NOW CONFRONTS US, UNLESS IT BE WHEN THEY, IN 1861, STIR-
RED BY THE MOMENTOUS ISSUES OF IMPENDING CONFLICT BETWEEN THE NORTH AND THE SOUTH,
WERE FORCED TO DECIDE WHETHER THEY WOULD REMAIN OR WITH DRAW FROM THE UNION. THEN
AS NOW, THE NIGGER WAS THE PROMINENT FACTOR IN THE ISSUE...THE SOUTHERN MAN KNOWS
THE NIGGER AND THE NIGGER KNOWS HIM. THE ONLY CONFLICT WHICH HAS, OR EVER LIKELY
TO ARISE, SPRINGS FROM THE EFFORT OF THE ILL-ADVISED FRIENDS IN THE NORTH TO CON-
FER UPON HIM, WITHOUT PREVIOUS TRAINING OR PREPARATION PLACES OF POWER AND RESPO-
NSIBILITY, OF WHICH HE IS WHOLLY UNFITTED, EITHER BY CAPACITY OR EXPERIENCE.....
THERE IS IN THE WHITE MAN AN INHERITED CAPACITY FOR GOVERNMENT WHICH IS WHOLLY
WANTING IN THE NIGGER. BEFORE THE ART OF READING AND WRITING WAS KNOWN, THE ANCE-
STORS OF THE ANGLO SAXON HAS ESTABLISHED AN ORDERLY SYSTEM OF GOVERNMENT, THE
BASIS, IN FACT, OF THE ONE UNDER. WHICH WE NOW LIVE...THE NIGGER ON THE OTHER
HAND, IS DESCENDED FROM A RACE LOWEST IN INTELLIGENCE AND MORAL PRECEPTION OF ALL
THE RACES OF MEN. KNOX DICTATED THE SOLUTION TO THE " NIGGER PROBLEM " WHEN FRAM-
ING HIS RESPONSE TO A RHETORICAL QUESTION: " AND WHAT IS IT THAT WE WANT TO DO ?
WHY , IT IS, WITHIN THE LIMITS TO IMPOSE WHITE SUPREMACY IN THIS STATE ". THOMAS
HELIN OF CHAMBERS COUNTY, ALABAMA WHO LATTER BECAME KNOWN AS " COTTON TOM " HE
ALSO REPRESENTED ALABAMA IN THE STATE SENATE AND HE SAID: IN THE COURSE OF TIME,
GENTLEMEN OF THE CONVENTION, THE SLAVE WAS HUNTED OUT OF AFRICA, THE NIGGER
WONDERING THROUGH THE WOODS LIKE A BEAST OF THE FIELD AND BROUGHT HERE TO DO WHAT ?
PUT ON THE BLOCK AND SOLD TO THE HIGHEST BIDDER, TO BE THE SERVANT TO HIS

SUPERIOR, THE WHITE MAN IN THIS COUNTRY. I BELIEVE AS TRULY AS I BELIEVE THAT I
AM STANDING HERE, THAT GOD ALMIGHTY INTENDED THE NIGGER TO BE THE SERVENT OF THE
WHITE MAN. I BELIEVE THE SCRIPTURE WILL SUBSTAIN MY POSITION ON THE QUESTION. I
KNOW THAT HE IS INFERIOR TO THE WHITE MAN AND I BELIEVE THE DELEGATES OF THIS
CONVENTION BELIEVE HIM TO BE, HE KNOWS IT HIMSELF. HELFLIN ALSO DECLARED HIS
DISDAIN FOR THE RIGHTS OF BLACK TO VOTE IN VARIOUS WAYS: e.g., " THE STRICKING
FROM THE NIGGER OF THE TITLE SLAVE, AND PLACING IN HIS HANDS THE BALLOT WAS THE
MOST DIABOLICAL PIECE OF TYRANNY EVER VESTED UPON A PROUD THOUGH BROKEN PEOPLE,"
I WOULD JUST AS SOON GIVE A TODDLING CHILD A RAZOR, EXPECTING HIM NOT TO HURT
HIMSELF, AS TO EXPECT A NIGGER TO USE THE BALLOT AND NOT USE IT TO HIS
AND TO OURS; " AND GOD ALMIGHTY  HAS MADE THEM DIFFERENT FROM THE WHITE MAN. YOU
HAD JUST AS WELL TRY TO LEGISLATE A DONKEY INTO AN ARABIAN COURSER, AS TO LEGIS-
LATE A NIGGER INTO A WHITE MAN, YOU CAN NOT DO IT, IT IS IMPOSSIBLE TO DO IT."
THOMAS WATTS OF MONTGOMERY COUNTY, ALABAMA FRAMED THE CENTRAL PURPOSE OF THE
1901 ALABAMA CONSTITUTIONAL CONVENTION EVEN MORE CLEARLY WHEN SPEAKING IN SUPPORT
OF PROVISIONS SPECIFICALLY EXCLUDING NATURAL PERSONS FROM HOLDING PUBLIC OFFICE,
STATED: " I HAVE HEARD IT SAID THAT WE OUGHT NOT TO PUT THIS [i.e., IN THE REPORT
OF THE COMMITTEE ON SUFFRAGE, CONTAINING THE NUMEROUS RESTRICTIONS ON THE FRANCH-
ISE IN THE CONSTITUTION. WHY NOT ? THAT WE OUGHT NOT PUT IT HERE BECAUSE IT SHOWS
TO PLAINLY THAT OUR PURPOSE IS TO KEEP THE NIGGERS OUT OF ALABAMA POLITICS. NOW
MR. PRESIDENT, NOW HOW MUCH PLAINER DO WE WANT IT ? ISN'T EVERY LETTER AND EVERY
LINE OF THE REPORT OF THE COMMITTEE ON SUFFRAGE TO THAT EFFECT ? HAVEN'T WE SAID
TO THE PEOPLE OF ALABAMA UPON HASTINGS THAT THIS IS WHAT THE CONVENTION IS FOR ?
ARE NOT PEOPLE WAITING TO HEAR HOW WE ARE GOING TO PROVIDE FOR DISENFRANCHISING
THE NIGGER ? OUR PURPOSE IS PLAIN. IT IS NOT DENIED BY ANY MAN UPON THE FLOOR OF
THIS CONVENTION OR IN THIS STATE. YOU MUST REMEMBER THAT THE STATE OF ALABAMA
NEVER ADOPTED THE FIFTH-TEENTH AMENDMENT. IT WAS FORCED UPON US BY THE OTHER
STATES IN THE UNION. THE NIGGER WAS FORCED UPON US AS HE WAS FORCED UPON OTHER
SOUTHERN STATES. WE THE NATURAL PERSONS ALSO AFFIRM THAT GOV. GEORGE WALLICE
SOLIDIFIED THESE SAME RACIAL IDEOLOGIES DURING THE YEARS OF HIS POLITICAL CAREER,
BY USING WHITES' FEAR OF A SECOND RECONSTRUCTION TO HIS ADVANTAGE IN GANING
OFFICE AND ADVANCING THE INTEREST IN HIS CORE CONSTITUENCY: e.g., LEADERS IN THE
BLACK BELT; THE WHITE CITIZENS COUNSEL; THE ALABAMA FARM BURA; AND ALL TRUE BELI-
EVERS IN WHITE SUPREMACY. " WALLACE WAS A SITTING STATE CIRCUIT COURT JUDGE, WHO
HAD SERVED IN THE STATE HOUSE OF REPRESENTATIVES FROM 1935 TO 1947, HE WAS DEFEATED
HIS FIRST RUN FOR GOVERNOR IN 1958 BY JOHN PATTERSON. GOVERNOR PATTERSON WAS
MUCH MORE DEFIANT THAN GEORGE WALLACE IN THE 1958 CAMPAIGN, BECAUSE PATTERSON
MOBILIZED A VARIETY OF GROUPS IN ALABAMA, INCLUDING, BUT NOT LIMITED TO THE KUL

KLUX KLAN IN ORDER TO ASSIST HIS CAMPAIGN . HE WON PRETTY CONVENCINGLY OVER
WALLACE, WHICH IS THE TIME WALLACE STATES, I WAS OUT NIGGERED, AND I WILL NEVER
BE OUT NIGGERED AGAIN. FOLLOWING HIS FAILED RUN IN 1958, WALLACE BEGAN USING HIS
POSITION AS STATE CIRCUIT COURT JUDGE TO ADVANCE HIS POLITICAL ASPERATIONS .
WALLACE FIRST ELECTION CAME IN 1962 DURING THE QUICK OF THE CIVIL RIGHTS MOVEME-
NT . BECAUSE WHITE ALABAMIANS WERE IN SEARCH OF A LEADER WHO WOULD ERECT AND
FORTIFY THE BARRICADES OF THE WHITE SUPREMACIST 1901 ALABAMA CONSTITUTION, TO
STAND BETWEEN THE FEDERAL MANDATES AND ENFORCE THE INSTITUTION OF WHITE SUPREMACY
AND THE SOUTHERN WAY OF LIFE, A LEADER WHO WILL INVENT LEGAL MEANS TO CIRCUMVENT
FEDERAL COURT ORDERS, WHO WOULD DRAG THE STATE OF ALABAMAS' FEET IN DEFIANCE OF
DESEGRATION, BUT MOST OF ALL, A LEADER WHO WOULD AS WALLACE SAID TO TREMENDOUS
APPLAUSE DURING HIS 1962 CAMPAIGN " STAND IN THE SCHOOLHOUSE DOORS " IF SUCH AC-
TION BE NECESSARY TO PREVENT INTERGRATION. GOVERNOR GEORGE WALLACE MADE IT CLEAR
IN HIS 1963 INAUGURAL SPEECH THAT WHITES WERE DETERMINED TO FIGHT AGAINST ANY AF-
FRONT TO " THE SOUTHERN WAY OF LIFE " DR. FREDERICK DESCRIBED THE SOUTHERN WAY
OF LIFE " AS FOLLOWS THE SOUTHERN WAY OF LIFE REFERS TO SOCIAL REALITIES. THE
IDEA OF SPACES AND PLACES COULD REFER TO KEEPING POLITICAL POWER IN THE HANDS OF
WHITES. IT COULD REFER TO KEEPING ECONOMIC POWER, DECISION MAKING, SUPERVISORY
POSITIONS IN THE HANDS OF WHITES. IT ALSO REFERS TO SOCIAL SPACES AND PLACES,
WHERE, FOR EXAMPLE, IF A WHITE MAN AND A BLACK MAN WERE WALKING DOWN THE SIDE
WALK IT WAS EXPECTED THAT THE BLACK MAN WOULD STEP OFF AND LET THE WHITE MAN PASS.
THOSE ARE SPACES AND PLACES THAT WHITES RESERVED FOR THEMSELVES. THEREFORE, WE
THE NATURAL PERSONS AFFIRM THAT THE RESULT OF THE 1901 ALABAMA CONSTITUTION CONV-
ENTION HAS INFLUENCED EVERY BRANCH OF GOVERNMENT, IT HAS INFLUENCED OUR SCHOOLS,
BANKS, COURTS, PENAL SYSTEM, AND EVERY POSITION OF TRUST IN EVERY DEPARTMENT OF
ALABAMAS' GOVERNMENT. WE NATURAL PEOPLE AFFIRM THAT THE ABOVE LISTED WHITE SUPR-
EMACIST IDEOLOGIES ARE STILL CURRENTLY BEING IMPLEMENTED AGAINST NATURAL PERSONS
IN VARIOUS WAY AND IT HAS EFFECTED THE PROPER ADMINISTRATION OF JUSTICE IN THE
STATE OF ALABAMAS' JUDICIAL SYSTEM, DUE TO THE FACT THE CLEAR LEGAL PROVISIONS OF
THE 1901 ALABAMA CONSTITUTION IS TO PLACE ALL WHITE SUPREMACIST, NATURAL AND COR-
PORATE, AS NEAR AS PRACTICABLE, UPON THE BASIS OF EQUALITY IN THE ENFORCEMENT
AND DEFENSE OF THEIR WHITE SUPREMACIST LIBERTIES IN THE STATE OF ALABAMAS' PRES-
ENT JUDICIAL SYSTEM, AND BY THE SAME TOKEN DENY THESE SAME LIBERTIES TO NATURAL
PERSONS THROUGH CONSTITUTIONAL AND LEGISLATIVE REGULATIONS, THAT CAN BE IMPAIRED
OR DESTROYED UNDER THE GUICE OR DEVICE OF BEING REGULATED AND DISENFRACHISED
THUS, JUSTICE CAN BE SOLD OR GRANTED TO NATURAL PERSONS, BY THE EXTRACTION OF UN-
PRECAUTIONARY CONSIDERATION FOR ITS ENJOYMENT FOR WHITE SUPREMACIST WHEN IT IS
NOT GIVEN FREELY AND OPEN HANDLY TO NATURAL PERSONS, WITHOUT PAYMENT AND WITHOUT

PRICE, AND IT IS NOW STILL BEING ALLOWED TO THIS VERY DAY THAT NATURAL PERSONS
ARE DEBARED FROM TRULY EXERCISING OUR INALIENABLE, HUMAN AND CIVIL RIGHTS ALL
DUE TO THE STATE OF ALABAMAS' IMPOSITION OF ARBITRARY, UNJUST AND ODIOUS DISCRI-
MINATIONS THAT ARE PRESENTLY BEING PREREQUISITE UNDER COLOR OF LAW REINFORCING
WHITE SUPREMACY IN THE STATE OF ALABAMA AND NATURAL PERSONS INFERIORITY BY ENFOR-
CING AND IMPLEMENTING SLAVE CODES, BLACK CODES, RACIAL CUSTOMS AND PARTICULAR
RULES FOR NATURAL PERSONS WHO HAVE BEEN TRULY EXCLUDED FROM ANY EQUAL PROTECTION
OF THE LAWS OF THE LAND AND THE STATE OF ALABAMA JUDICIAL OFFICERS ARE BEING AL-
LOWED TO DEAL " WILLY NILLY " WITH NATURAL PEOPLES INALIENABLE RIGHTS WITHOUT
HAVING TO ACCOUNT FOR THEIR WILLFUL UNCONSTITUTIONAL ACTIONS, WHEN NATURAL PERSONS
SHOULD BE PROTECTED BY THE UNITED STATES CONSTITUTION OF AMERICA, THE DEVINE LAW,
THE UNIVERSAL DECLARATION OF HUMAN RIGHTS, THE DECLARATION OF A CHILD, THE INTERN-
ATIONAL CONVENTION ON CIVIL AND POLITICAL RIGHTS AND THE CONVENTION ON THE ELIMIN-
ATION OF ALL FORMS OF RACIAL DISCRIMINATION, etc., WHICH IS CLEARLY IN MANIFEST
OPPOSITION TO THE LETTER AND THE SPIRIT OF THE IDEOLOGY OF THE ALABAMA 1901 CONST-
ITUTION. THEREFORE, WE BEING NATURAL PERSONS AFFIRM THAT THE STATE OF ALABAMA'S
1901 CONSTITUTION IS ILLEGAL AND TREASONABLE TOWARDS THE UNITED STATES OF AMERICA
AND SHOULD BE SUPPRESSED AS SUCH AND ANY OF ITS ACTS OR PROCEEDINGS IN ITS COURT
SHOULD NOT BE ESTEEMED VALID, BECAUSE THEY WERE ENACTED AND AFFIRMED BY A WHITE
SUPREMACIST ILLEGAL LEGISLATIVE ENACTMENTS OF AN UNLAWFUL STATE GOVERNMENT. THUS,
WE AFFIRM FURTHER THAT THE RIGHT OF EVERY INDIVIDUAL MUST STAND OR FALL BY THE
SAME RULE OF LAW THAT GOVERNS EVERY OTHER MEMBER OF POLITIC, OR LAND, UNDER SIM-
ILAR CIRCUMSTANCES AND EVERY PRACTICABLE PRIVATE LAW, WHICH DIRECTLY PROPOSE TO
DESTROY OR EFFECT INDIVIDUAL RIGHTS, OR DOES THE SAME THING BY AFFORDING REMEDIES
LEADING TO SIMILAR CONSEQUENCES, IS UNCONSTITUTIONAL AND VOID. WHERE IT OTHERWISE,
ODIOUS INDIVIDUALS AND CORPORATIONS WOULD BE GOVERNED BY ONE LAW, AND THE MASS OF
THE COMMUNITY, AND THOSE WHO MADE THE LAW, AFFECTING THE WHOLE COMMUNITY EQUALLY
COULD NOT HAVE PASSED. THEREFORE, WE BEING NATURAL PERSONS AFFIRM THAT THE ALABAMA
1901 CONSTITUTION IS NOTHING BUT POLITICAL TYRANNY, THE UNBRIDAL POWER OF ITS ILL-
EGAL AUTHORITY IS THE GRATES THREAT TO NATURAL PERSONS EVERLASTING LIBERTIES.
ALABAMAS' CONSTITUTIONAL GOVERNMENT HAS NOT BEEN NATURAL PERSONS OR SOCITIES ORGANIC
EXPRESSION OF OF RESTRAINTS UPON ITS EXERCISE OF ITS UNBRIDAL POWER. WE AFFIRM
THAT THIS POWER HAS CORRUPTED THE STATE OF ALABAMA ABSOLUTELY, THUS, WE AFFIRM THAT
THE 1901 ALABAMA CONSTITUTION WAS NOT MADE TO GUARD NATURAL PERSONS AGAINST THE
DANGERS OF BAD INTENTIONS OF THE WHITE SUPREMACIST FOUNDING FARTHERS OF THE 1901
ALABAMA CONSTITUTION. WE AFFIRM THAT THE HISTORY OF GOVERNMENT IS THE LIMITATION OF
GOVERNMENTAL POWER, NOT THE INCREASE OF IT. THEREFORE WE ARE NOW AFFIRMING THAT
WHEN NATURAL PERSONS RESIST THE CONCENTRATION OF POWER OF THE ALABAMA 1901 CONST.

9.

WE ARE BASICALLY RESTING THE POWER OF DEATH. WE AFFIRM THAT THE CONCENTRATION
OF POWER IS WHAT HAS PROCEEDED THE DESTRUCTION OF NATURAL PERSONS HUMAN LIBE-
TIES AND HAS CONTINUED TO THIS DAY TO ENSLAVE NATURAL PERSONS AND THE FEDERAL
GOVERNMENT HAS CHOSE TO TURN A BLIND EYE AND A DEAF EAR TO THE FACT THAT TRUE
FREEDOM HAS NEVER COME TO NATURAL PERSONS IN THE STATE OF ALABAMA. WE THERFORE,
AFFIRM THAT THE FOUNDING FATHERS OF THE 1901 ALABAMA CONSTITUTION DREW UP IN THE
1901 ALABAMA CONSTITUTIONAL CONVENTION AND ESTABLISHED IN HER CONSTITUTION WHITE
SUPREMACY BY LAW AND BLACK INFERIORTY. ALABAMA ACCOMPLISHED MORE THAN ANY OTHER
STATE IN THE CONFEDERACY AND MORE. Dr. BAILEY THOMAS A FORMER ASSOCIATE EDITOR OF
THE MOBILE REGISTER, NOTED SEVERAL YEARS AGO THAT TO PASS THE 1901 ALABAMA CONST-
ITUTION ITS ARCHITECTS " IMPOSED THEIR WILL THROUGH A CRIMINAL ACT . " THEY (THE
WHITE SUPREMACIST FOUNDING FATHERS OF THE 1901 ALABAMA CONSTITUTIONAL CONVENTION)
STOLE THE ELECTION TO RATIFY THEIR MONSTROSITY, AND THEY DID IT IN SUCH BOLD,
OUTRAGEOUS MANNER THAT THEIR EVIL DEED STUCK. " AND IS STILL IN EFFECT TO THIS
VERY DAY. THOMAS CONCLUSION IS BASED ON THE FACT THAT THE RELATIVELY NARROW VIC-
TORY FOR THE 1901 CONSTITUTION " CAME FROM 12 OF ALABAMA'S BLACK BELT COUNTIES,
WHERE A SMALL GROUP OF WHITE PLANTERS RAN UP HUGE MAJORITIES IN FAVOR OF THE 1901
ALABAMA CONSTITUTION BY FRAUDULENTLY REPORTING NATURAL PERSONS VOTES. " ELSE
WHERE THE 1901 CONSTITUTION WAS DISFAVORED. " WHAT AN IRONY, " THOMAS CONCLUDES,
" THAT THE PLANTERS STOLE VOTES FROM THE VERY BLACK MEN THAT THE 1901 ALABAMA
CONSTITUTIONAL CONVENTION PROPOSED TO DIENFRANCHISED. " THEREFORE, WE BEING NATURAL
PERSONS AFFIRM THAT THERE IS NO WAY THAT ANYONE CAN CONVINCE US TO BELIEVE THAT
OUR DESCENDANTS VOTED TO DISENFRANCHISE THEMSELVES AND THAT THE PRESENT 1901
ALABAMA CONSTITUTION WAS RATIFIED BY A MAJORITY OF LEGAL, NON-FRAUDULENT VOTES
CAST. THUS, WE FURTHER AFFIRM THAT THE THE 1901 ALABAMA CONSTITUTION IS NO MORE
THAN A WHITE SUPREMACIST FARCE SHAME AND A MOCKERY OF JUSTICE WHICH IS VOID AB
INITIO ON ITS FACE. SO WE BEING NATURAL PERSONS ASK HOW CAN ANY LEGISLATOR, JUDGE,
OR LAWYER IN THE STATE OF ALABAMA SWORE OF AFFIRMED THAT THEY WILL SUPPORT THE
CONSTITUTION OF THE UNITED STATES AND THE 1901 ALABAMA CONSTITUTION WHICH IS NO
MORE THAT A FARCE WHITE SUPREMACIST LIE THAT IS BEING PORTRAYED AGAINST NATURAL
PERSONS AS THE BINDING LAW WITH THE FULL UNDERSTANDING THAT IT HAS NO AUTHORITY
WHAT SO EVER ? WE NATURAL PERSONS AFFIRM THAT THE ILLEGITIMATE 1901 ALABAMA CONST-
ITUTION HAS ENSLAVED MANY NATURAL PERSONS IN ALABAMAS' PENAL SYSTEM IN WAS ENACTED
AND ESTABLISHED IN 1901 ALSO WHICH BITRTHED THE ALABAMA CONVICT LEASING SYSTEM. A
STRING OF GOVERNOR'S CLOSELY ALLIED WITH THE " BIG MULE " FANCIAL AND INDUSTRIAL
INTEREST AND COMPLINT STATE LEGISLATORS TURNED THE ALABAMA STATE PENAL SYSTEM INTO
A SOURCE OF REVENUE THAT NOT ONLY COVERED THE COST OF BUILDING AND MAINTAINING
PRISIONS, BUT ALSO GENERATED SUFFICIENT SURPLUS REVENUES TO FUND OTHER ASPECTS OF GOVT.

**10.**

CONVICTS WERE " RENTED OUT " TO WORK ON PLANTATIONS, IN COAL MINES, ON RAIL
ROADS, IN STEEL MILLS AND OTHER INDUSTRIES. " VIRTUALLY THE ENTIRE CONVICT POPU-
LATION OF THE STATE OF ALABAMA AT THE TIME THIS SYSTEM WAS RUNNING FULL-TILT. THE
CONVICT WHO WERE LEASED WERE ALMOST ALL BLACK AND THE STATE WAS PAID A LEASING FEE
FOR THEM AND THAT BECAME A LUCRATIVE SOURCE OF REVENUE FOR THE STATE OF ALABAMA.
AS A FORM OF REVENUE GENERATED FROM THE BLOOD, TOIL, SWEAT AND TEARS OF INVOLUNTARY
BLACK LABORERS, HOWEVER, THE ALABAMA CONVICT LEASING SYSTEM WAS IN REALITY A RE-
INVENTION OF SLAVERY, AND THE ANTEBELLUM SLAVE TAX. INCIDENTALLY, THE DEATH RATE
AMONG THESE PRISONERS WHO WERE 80% TO 90% BLACK AND ALL OF THEM WERE PRIME AGE MALES
THAT WAS AROUND 20% PER YEAR, BECAUSE THE STATE HAD NO STAKE IN HOW THEY WERE FED,
HOW THEY WERE HOUSED, HOW THEY WERE TENDED, WHAT KIND OF MEDICAL CARE THEY GOT,
NATURAL PERSONS DIED BY THE THOUSANDS, AND THE IDEA WAS THEY COULD ALWAYS FIND
ANOTHER ONE, SO NO ONE CARED, IT ALSO SHOULD NOT ESCAPE NOTICE THAT THE REVENUE
GENERATED BY THE CONVICT LEASING SYSTEM ALLOWED THE STATE TO CONTINUE DISCOUNTING
LAND AS A SIGNIFICANT SOURCE OF REVENUE. OF COURSE, THE SYSTEM SERVED ANOTHER
PURPOSES AS WELL, INCLUDING PROVIDING YET ANOTHER MEANS OF SUPPRESSING THE POLITICAL
RIGHTS OF NATURAL PERSONS BY KEEPING THEM " IN THEIR PLACE " AS A " CHEAP, CHAINED,
AND DEGRADED WORKING CLASS. " ALABAMA'S CONVICT LEASING SYSTEM WAS SO BAD THAT GOVE-
RNOR THOMAS E. KILBY IN 1919 DECLARED HIS STATE'S CONVICT LEASING SYSTEM A RELIC OF
BARBARISM A FORM OF HUMAN SLAVERY. WE THE NATURAL PERSONS NOW AFFIRM BY OUR PRESENT
CONDITION THAT THE ALABAMA PENAL SYSTEM HAS REINSTATED IT CONVICT LEASING THIS
MORDERN VERSION IS NOW KNOWN AS WORK RELEASE WHICH DIFFERS IN SOME RESPECT FROM THE
EARLIER MODEL CONVICT LEASING SYSTEM, THE RETURN OF THIS TYPE OF CONVICT LEASING
SYSTEM AKA WORK RELEASE SHOULD HAVE RAISED MUCH CONCERN FROM JURIST, AS WELL AS
COMMENTATORS ABOUT ALABAMAS' PENAL SYSTEM REVIVING WITH SUCH HEINOUS ROOTS. THERE-
FORE, WE AFFIRM AND WILL SHOW THAT NATURAL PERSONS HAVE BEEN TOSS IN ALABAMA'S
PENAL SYSTEM THAT HAS READOPTED THIS BARBARIC FORM OF INVOLUNTARY SERVITUDE. THIS
PERPETUATION OF JUSTICE CLOAKED IN THE THEATERED CLOTH OF THE 1901 ALABAMA JUSTICE
SYSTEM IS DEPLORABLE. WE BEING NATURAL PERSONS AFFIRM THAT WE AND OTHER NATURAL
PERSONS SIMILARLY SITUATED IN THE ALABAMA PENAL SYSTEM THAT WE ARE PRESENTLY BEING
LEASED OUT TO EMPLOYERS TO WORK IN INDUSTRY SUCH AS, PILGRAMS PRIDE, WAYNE FARMS,
HINDERSON FARMS, UNITED PLATING, VOLCAN PLASTICS, CELL PAK, SOUTHERN ENERGY, BURGER
KING AND OTHER INDUSTRIES AND FOR BASIC YARD WORK AND FIELD WORK SUCH AS PULLING
GRASS IN SOY BEAN FIELDS. WE FURTHER AFFIRM THAT THE PRESENT ALABAMA DEPARTMENT OF
CORRECTIONS CONVICT LEASING SYSTEM AKA WORK RELEASE IS NOW RUNNING AT FULL VOLUM
OF POOR NATURAL PERSONS. WE AFFIRM THAT WE ARE BEING PAID THE LESS WAGES BY THE
EMPLOYERS THUS, THERE IS A VERY LUCRATIVE SOURCE OF REVENUE THAT IS BEING GENERATED
FROM OUR BLOOD, SWEAT , TOIL AND TEARS OF OUR INVOLUNTARY SERVITUDE IN PRISON LABOR

WE,FURTHER AFFIRM THAT THE ALABAMA CONVICT LEASING SYSTEM AKA WORK RELEASE
IS NOT JUST IN REALITY A RELIC OF SLAVERY BUT, IT IS ACTUALLY MORDERN DAY SLAVERY.
THE ALABAMA DEPARTMENT OF CORRECTIONS IS IN THE BUSINESS OF FOR PROFIT PRISONS AND
HAVE BEEN FOR QUITE SOME TIME NOW, THE A.D.O.C. SIGN CONTRACTS WITH EMPLOYERS AGR-
EEING TO MAINTAIN THE EMPLOYERS QUOTAS ON THE NUMBER OF YOUNGER AND HEALTHIER
NATURAL PERSONS THAT WILL BE AVAILABLE TO WORK BECAUSE THE A.D.O.C. HAS A STAKE
IN THE AMOUNT THAT WE ARE PAID, HOW WE ARE TRANSPORTED, HOW WE ARE HOUSED, HOW WE
ARE FED, THE MEDICAL CARE THAT WE RECEIVE AND HOW OUR MONEY IS TO BE SPENT AND
ISSUED TO US, WE AFFIRM THAT THE A.D.O.C. DEDUCTS 40% OUT OF EACH DOLLAR EARNED
FROM EACH AND EVERY NATURAL PERSON THAT ARE EMPLOYED BY VIRTUE OF THE CONVICT
LEASING SYSTEM AKA WORK RELEASE. PLEASE NOTE THAT THE 40% DEDUCTION IS DEDUCTED
FROM OUR GROSS ERNINGS THE 40% DEDUCTION DOES NOT INCLUDE THE $5.00 A DAY VAN RIDE
FEE TO AND FROM WORK, NOR DOES THE $15.00 A MONTH LAUNDRY FEE, NOR COURT FINES OR
CHILD SUPPORT PAYMENTS. WE ALSO AFFIRM THAT IF ANY NATURAL PERSON JUST HAPPEN TO
GET INJURED ON THE JOB THE EMPLOYER WILL SIMPLY PATCH THE INDIVIDUAL UP AND SEND
HIM BACK TO THE A.D.O.C. FACILITY AND TELL THE A.D.O.C. THAT THE INJURED PERSON
IS NO LONGER NEEDED AND WILL REQUEST FOR ANOTHER FRESH ABLE BODY NATURAL PERSON
TO TAKE THE INJURED PERSONS PLACE. WE AFFIRM THAT THE EMPLOYERS NEVER HAVE TO
WORRIE ABOUT ANY OF US FILING FOR OUR UNEMPLOYMENT , OR OUR WORKMEN'S COMPENSATION
BECAUSE THE A.D.O.C. MAKES SURE THAT WE NATURAL PERSONS ARE DENIED ANY AND ALL
ACCESS TO FILING OR APPLYING FOR ANY OF THE ABOVE LISTED BENEFITS AND IF BY CHANCE
A NATURAL PERSON DOES ATTEMPT TO APPLY FOR ANYTHING LIKE THAT HE OR SHE WOULD BE
IMMEDIATELY TRANSFERRED TO A HIGHER LEVEL OF SECURITY FOR SOME FICTIONAL REASON
AND NO ONE CARES BECAUSE WE CAN BE REPLACED AT ANY TIME FOR NO REASON AT ALL SO
EMPLOYERS VIOLATE FEDERAL LABOR LAWS AT WILL BECAUSE THEY ARE AWARE THAT THE
A.D.O.C. WILL TAKE CARE OF ANY NATURAL PERSON THAT STEPS OUT OF LINE, THINKING
THAT HE OR SHE HAS ANY EQUAL OPPORTUNITY BEING EMPLOYED BY THEIR COMPANY. WE AFFIRM
THAT EQUAL OPPORTUNITY FOR NATURAL PERSONS IS NOTHING BUT AN INSTANCE OR ILLIST-
RATION OF THE COMPLETE DOMINION OF THE A. D.O.C. AND ITS ENTIRE CONTROL OVER ALL
THE POWERS OF THE FACILITY OF OUR NATURAL PERSONS INALIENABLE RIGHTS, AND CONSE-
QUENTLY WE AFFIRM THAT WE ARE BEING USED AS SLAVES THROUGH WHICH THE A.D.O.C. MAKES
OR EXECUTE ITS CONTRACTS WITH THE EMPLOYERS. THEREFORE, WE BEING NATURAL PERSONS
AFFIRMS THAT THE 1901 ALABAMA CONSTITUTION HAS FORCED NATURAL PERSONS INTO MORDERN
SLAVERY UNDER COLOR OF LAW BY VIRTUE OF THE 1901 WHITE SUPREMACIST ALABAMA CONST-
ITUTION IN WHICH PERMITS THE ENSLAVEMENT, ILLEGAL ARRESTS, INCARCERATIONS, AND
UNCONSTITUTIONAL PROHIBITIONS AGAINST NATURAL PERSONS. WE AFFIRM THAT NATURAL
PERSONS HAD NO SAY IN THE 1901 ALABAMA CONSTITUTIONAL LEGISLATIVE PROCESS NOR
THE LAWS IN THE STATE OF ALABAMA, OR ANY ROLES WHAT SO EVER IN THE ADMINSTRATION

12.

OF THEM TO THIS VERY DAY, NOR DOES NATURAL PERSONS HAVE ANY MEANINGFUL METHOD FOR REDRESS WHEN ALL THE LAWS OF THE STATE OF ALABAMA WAS DESINGED TO NEGATIVELY IMPACT NATURAL PERSONS, OUR BUSINESSES AND ORGINIZATIONS, FAMILIES, OUR HISTORY AND OUR PRESENT BEHAVIOR IN WHICH MOST OF OUR ACTIONS IN SOCIETY REVEALS THAT WE NATURAL PERSONS ARE BEING PHYSICALLY DEVASTATED, AND PHYSICALLY DESTROYED BY VIRTUE OF THE ILLEGITIMATE VOID 1901 ALABAMA CONSTITUTION IN WHICH NATURAL PERSONS ARE NOW AFFIRMING THAT THIS BASIC DOCUMENT SHOULD NOT BE IN EFFECT IN THIS COUNTRY.

Decatur Work Release Center
1401 Hwy. 20 West
Decatur, AL 35601



U.S. POSTAGE
PAID
DECATUR, AL
35601
JUL 03, 14
AMOUNT
$1.12
00091449-02

1000          36101

Hon. Judge Myron H. Thompson
P. O. Box 235
Montgomery, AL. 36101