ATTACHMENT  " A "

| Name | AIS# | Signature |
|---|---|---|
| Hiram Allen Campbell | #286938 | /s/ Hiram Allen Campbell |
| Michael Charles Shedd | 141584 | /s/ Michael Charles Shedd |
| Bobby Johnson | 151887 | /s/ Bobby Johnson |
| Quintle Chase Terry | 254584 | /s/ Quintle Chase Terry |
| Russell Ausburn | 258439 | /s/ Russell Ausburn |
| Danny Ray Greenlee | 150149 | /s/ Danny Ray Greenlee |
| Christopher B. Brown | 176137 | /s/ Christopher Brown |
| Ricky McElroy | 285128 | /s/ Ricky McElroy |
| Timmy Ray Brewer | 134771 | /s/ Timmy Ray Brewer |
| Soloiman Baraty | 289491 | /s/ Soloiman Baraty |
| Lebari Preston | 168743 | /s/ Lebari Preston |
| Dwight D. Thomas | 212942 | /s/ Dwight D. Thomas |
| Yavaris Brown | 258020 | /s/ Yavaris Brown |
| Nathan Wright | 265440 | /s/ Nathan Wright |
| Thomas Baker | 231028 | /s/ Thomas Baker |
| Victor Pearcl | 292390 | /s/ Victor Pearcl |
| JA Mills | 268084 | /s/ JA Mills |
| Torrey Brown | 185123 | /s/ Torrey Brown |
| Glenn Gideon | 205838 | /s/ Glenn Gideon |
| Jackie Lum | 287328 | /s/ Jackie Lum |
| Michael Mayfield | 111967 | /s/ Michael Mayfield |
| Sanford Leonard Ryles | 167820 | /s/ Sanford Leonard Ryles |
| Kyle Williams | 269630 | /s/ Kyle Williams |
| Demetrius Dixon | 270824 | /s/ Demetrius Dixon |