IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HIRAM ALLEN CAMPBELL ) | |
| #286938 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:14-CV-661-WKW |
| ) | |
| GOVERNOR ROBERT ) | |
| BENTLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On July 11, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 3.) Sanford Leonard Ryles, one of the persons who joined in signing the named Plaintiff's complaint in this cause, filed a timely objection which was received on July 30, 2014. (Doc. # 4.) Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), it is ORDERED that the objection is OVERRULED, the Recommendation of the Magistrate Judge is ADOPTED, Plaintiff's motion to certify this case as a class action is DENIED, and this case is referred to the Magistrate Judge for further proceedings.

DONE this 31st day of July, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE