IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HIRAM ALLEN CAMPBELL, #286938,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>GOVERNOR ROBERT BENTLEY, *et al.*,   )<br>)<br>Defendants.   ) | CASE NO. 2:14-CV-661-WKW |

## **ORDER**

On September 24, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for Plaintiff's failure to file the requisite fees or provide the court with financial information in compliance with court orders.

An appropriate final judgment will be entered separately.

DONE this 16th day of October, 2014.

                                        /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE